Prob12B
D/NV Form
Rev. July 2013

# United States District Court

for

the District of Nevada

---

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 18, 2014**

---

**Name of Offender:**   OLUREMI ADEWUNMI-AKINLEYE

**Case Number:**   2:14-cr-191-LDG-CWH

**Name of Sentencing Judicial Officer:**   Honorable Charles P. Kocoras

**Date of Original Sentence:**   May 13, 2010

**Original Offense:**   Conspiracy to Possess with Intent to Distribute 100 or More Grams of Heroin

**Original Sentence:**   63 months imprisonment; four years supervised release

**Date Supervision Commenced:**   December 5, 2013

**Date Jurisdiction Transferred to District of Nevada:**   June 5, 2014

**Name of Assigned Judicial Officer:**   Honorable Lloyd D. George

---

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

---

1.   **You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.**

Prob12B
D/NV Form
Rev. July 2013

RE: OLUREMI ADEWUNMI-AKINLEYE

## CAUSE

Due to the nature of the instant offense, Mr. Adewunmi-Akinleye was approached with a waiver of hearing to modify his conditions of supervision to include warrantless search. Mr. Adewunmi-Akinleye was educated on the reasoning of this special condition, in which he voiced no objections.

On July 1, 2014, Mr. Adewunmi-Akinleye signed a waiver of a hearing in agreement to modify the conditions of his supervision to include warrantless search. It is respectfully requested this condition be added to Mr. Adewunmi-Akinleye special conditions of supervision, in order to provide the probation office with the necessary tools to adequately supervise him. After being advised of his right to a hearing and counsel, Mr. Adewunmi-Akinleye signed a waiver to modify his conditions of supervised release accordingly.

The undersigned probation officer will be available at the Court's convenience should there be any questions or concerns.

Respectfully submitted,

JUDY WU
United States Probation Officer

APPROVED: ROBERT G. AQUINO, Supervising
United States Probation Officer

Prob12B
D/NV Form
Rev. July 2013

**RE: OLUREMI ADEWUNMI-AKINLEYE**

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

__XX__ The modification of conditions as noted above

_____ Other

_____
Signature of Judicial Officer

_____21 July 2014_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

Witness _____    Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

July 1, 2014
Date