## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:14-cr-00191-LDG (CWH) |
| v. | **ORDER** |
| OLUREMI ADEWUNMI-AKINLEYE, | |
|     Defendant. | |

    The defendant has filed a motion (#6) requesting appointment of counsel for the purpose of filing a motion for early release.  For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion is GRANTED;

    THE COURT FURTHER **ORDERS** that the Federal Public Defender is appointed as counsel to represent the Defendant *nunc pro tunc* to the date of the filing of the motion.

DATED this _26_ day of January, 2016.

_____
Lloyd D. George
United States District Judge