1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax

6  Attorney for OLUREMI ADEWUNMI-AKINLEYE

7
                          **UNITED STATES DISTRICT COURT**
8
                              **DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,              Case No. 2:14-cr-00191-LDG-CWH

11         Plaintiff,                     **UNOPPOSED MOTION FOR EARLY**
                                          **TEMINATION OF SUPERVISED**
12     v.                                 **RELEASE**

13 OLUREMI ADEWUNMI-AKINLEYE.

14         Defendant.

15

16         Defendant, Oluremi Adewunmi-Akinleye, by and through his attorney of record, Monique

17 Kirtley, Assistant Federal Public Defender, hereby files this Unopposed Motion for

18 Reconsideration of Defendant's Motion for Early Termination of Supervision (CR#10). *See* CR

19 #15.

20         1.      On May 24, 2016, undersigned counsel conferred with AUSA Kathryn Newman

21 regarding whether the government opposed undersigned counsel's Motion for Reconsideration of

22 Defendant's Motion for Early Termination of Supervision (CR# 10). *See* CR #15.

23         2.      After consulting with Mr. Adewunmi Probation officer, Jodona Brown, the

24 government does not oppose Mr. Adewunmi's request for early termination of supervised release.

25         3.      Based upon the government's non-opposition to Mr. Adewunmi's Motion for Early

26 Termination of Supervised Release (CR # 15 and CR #10), the parties respectfully request that this

27 Court grant Mr. Adewunmi's request for early termination of his supervised release.

DATED this 25th day of May, 2016.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                 By:   */s/ Monique Kirtley*
                                        MONIQUE KIRTLEY
                                        Assistant Federal Public Defender
                                        Attorney for Oluremi Adewunmi-Akinleye

ORDER

IT IS SO ORDERED that defendant's Unopposed Motion for Early Termination of Supervised
Release (#16) is hereby GRANTED.
DATED this _____ day of May, 2016.

                                        _____
                                        Lloyd D. George
                                        Sr. U.S. District Judge