1
2
3
4
5
6
7 # UNITED STATES DISTRICT COURT
8 ## DISTRICT OF NEVADA
9

10 UNITED STATES OF AMERICA,

11      Plaintiff,                 Case No. 2:14-cr-00191-LDG (CWH)

12 v.                               **ORDER**

13 OLUREMI ADEWUNMI-AKINLEYE,

14      Defendant.

15

16      As this Court has granted (ECF No. 17) Defendant's Unopposed Motion for Early

17 Termination of Supervised Release (ECF No. 16),

18      THE COURT **ORDERS** that Defendant's Motion for Reconsideration (ECF No. 15)

19 of Defendant's Motion for Early Termination of Supervision (ECF No. 10) is DENIED as

20 moot.

21

22 DATED this _17_ day of October, 2017.

23

24                                  Lloyd D. George

25                                  United States District Judge

26